**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PRESTIGE FUND A, LLC; PRESTIGE FUND A II, LLC; PRESTIGE FUND A IV, LLC; PRESTIGE FUND A V, LLC; PRESTIGE FUND A VI, LLC; PRESTIGE FUND A VII, LLC; PRESTIGE FUND A IX, LLC; PRESTIGE FUND B, LLC; PRESTIGE FUND B II, LLC; PRESTIGE FUND B IV, LLC; PRESTIGE FUND B V, LLC; PRESTIGE FUND B VI, LLC; PRESTIGE FUND B VII, LLC; PRESTIGE FUND B BTM I, LLC; PRESTIGE FUND D, LLC; PRESTIGE FUND D III, LLC; PRESTIGE FUND D IV, LLC; PRESTIGE FUND D V, LLC; PRESTIGE FUND D VI, LLC; PRESTIGE FUND D BTM I, LLC; WF VELOCITY I, LLC; WF VELOCITY FUND IV, LLC; WF VELOCITY FUND V, LLC; WF VELOCITY FUND VI, LLC; and WF VELOCITY FUND VII, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> PATHWARD, NATIONAL ASSOCIATION, <br><br> Defendant. | CIVIL ACTION <br><br> No. 5:25-cv-01476 |

**STIPULATION TO REMAND AND CONSENT ORDER**

WHEREAS, on February 26, 2025, Plaintiffs initiated the above-captioned action against Defendant in the Court of Common Pleas of Lancaster County, Pennsylvania;

WHEREAS, on March 17, 2025, Plaintiffs served Defendant with a copy of the Complaint;

WHEREAS, on March 19, 2025, Defendant removed the civil action pursuant to 28 U.S.C. § 1441 from the Court of Common Pleas of Lancaster County to this Court (Dkt. 1);

WHEREAS, in its Notice of Removal, Defendant stated that this Court has original jurisdiction over the action based on 28 U.S.C. § 1332 given that, among other reasons, Defendant is a citizen of South Dakota and, on information and belief, Plaintiffs, all of whom are limited liability companies ("LLCs"), are not citizens of South Dakota;

WHEREAS, following removal, Plaintiffs provided information that indicates a member of a Plaintiff LLC is a citizen of South Dakota;

WHEREAS, based on Plaintiffs' representations, the parties have agreed that the action should be remanded to the Court of Common Pleas of Lancaster County;

WHEREAS, pursuant to 28 U.S.C. § 1446, Defendant expressly reserves its right to subsequently remove this action if it is determined that the case is one which has become removable;

WHEREAS, each party shall bear its own fees and costs with respect to the removal and subsequent remand of this action.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that the above-captioned action be remanded to the Court of Common Pleas of Lancaster County, Case Number CI-25-01270.

Dated: April 1, 2025

*/s/ Joshua J. Voss*
Joshua J. Voss (PA 306853)
Matthew H. Haverstick (PA 85072)
Samantha G. Zimmer (PA 325650)
KLEINBARD LLC
Three Logan Square
1717 Arch Street, 5th Floor
Philadelphia, PA 19103
Tel.: (215) 568-2000
Email: jvoss@kleinbard.com
Email: mhaverstick@kleinbard.com

*/s/ Brian M. Nichilo*
Brian M. Nichilo (PA 313786)
TROUTMAN PEPPER LOCKE LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
Tel.: (215) 981-4000
Email: brian.nichilo@troutman.com

Ghillaine A. Reid
TROUTMAN PEPPER LOCKE LLP

Email: szimmer@kleinbard.com

*Attorneys for Plaintiffs*

875 Third Avenue
New York, NY 10022
Tel.: (212) 704-6198
Email: ghillaine.reid@troutman.com

*Attorneys for Defendant Pathward, National Association*

IT IS ON THIS __2nd__ day of _____April_____, 2025, SO ORDERED.

                                                        BY THE COURT:

                                                        /s/ Jeffrey L. Schmehl
                                                        Jeffrey L. Schmehl, J.